HERNÁNDEZ, APPELLANT, v. HERNÁNDEZ, APPELLEE.

District Court of Ponce.

Action of Debt.

No. 2547.—Decided June 16, 1922.

The conflict in the evidence was adjusted by the court below in favor of the plaintiff, and neither passion, prejudice,

partiality nor manifest error has been shown.—*Affirmed.*—
Mr. Chief Justice Del Toro delivered the opinion of the court.